# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re:                                                                    Chapter 7
                                                                  Bky Case No. 16-32798-KAC
Dustin Ryan Gramstad

       Debtor.

## NOTICE OF SETTLEMENT

To: The United States Trustee, all creditors and other parties in interest.

On June 23, 2017, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will settle a controversy as follows:

The Debtor will pay the trustee for the following non-exempt assets:

| Non-Exempt Asset: | Value: | Settlement: |
|---|---:|---:|
| Preference payment to father | $1,199.00 | $600.00 |
| **Total:** | **$1,199.00** | **$600.00** |

The Trustee and the Debtor have negotiated a settlement of $600.00, which has already been paid.

**OBJECTION: MOTION: HEARING**.  Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date.  If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate.  If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing.  The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| | | |
|---|---|---|
| Clerk of Court | United States Trustee | Trustee |
| 200 U S Courthouse | 1015 U S Courthouse | (see address below) |
| 316 N Robert St. | 300 S 4th St | |
| St. Paul MN 55101 | Minneapolis MN 55415 | |

Dated:  June 2, 2017              */e/Jennifer G. Lurken*_____
                                       Jennifer G. Lurken, Trustee
                                       Landkamer Building, Suite 200
                                       124 East Walnut Street, P. O. Box 1268
                                       Mankato, MN  56002-1268
                                       Phone:  507-387-1115
                                       jlurken@gislason.com

2195788.1

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Dustin Ryan Gramstad | CASE NO: 16-32798 |
| | **DECLARATION OF MAILING** |
| | **CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 6/2/2017, I did cause a copy of the following documents, described below,

Notice of Settlement,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 6/2/2017

/s/ Jennifer G. Lurken
Jennifer G. Lurken  347516
Gislason & Hunter LLP
124 E. Walnut Street, Suite 200
MANKATO, MN  56002
507 387 1115
Shenk@gislason.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Dustin Ryan Gramstad | CASE NO: 16-32798 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 6/2/2017, a copy of the following documents, described below,

Notice of Settlement,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/2/2017

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gislason & Hunter LLP
Jennifer G. Lurken
124 E. Walnut Street, Suite 200
MANKATO, MN  56002

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| 1  AFFILIATED CREDIT SERVICES<br>P.O. BOX 7739<br>ROCHESTER MN 55903-7739 | 2  BEST BUY CITIBANK<br>P.O. BOX 790441<br>SAINT LOUIS MO 63179-0441 | 3  DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
|---|---|---|
| 4  GATE CITY BANK<br>P.O. BOX 6000<br>FARGO ND 58108-6000 | 5  NATIONWIDE CREDIT INC.<br>P.O. BOX 26314<br>LEHIGH VALLEY PA 18002-6314 | 6  DUSTIN RYAN GRAMSTAD<br>55 CAMELOT LANE<br>MANKATO MN 56001-4904 |
| 7  AMERICAN EXPRESS<br>P.O. BOX 981535<br>EL PASO TX 79998-1535 | 8  CITIBANK<br>P.O. BOX 6500<br>SIOUX FALLS SD 57117-6500 | 9  DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| 10  GLOBAL CREDIT COLLECTION CORP.<br>5440 NORTH CUMBERLAND AVENUE<br>SUITE 300<br>CHICAGO IL 60656-1486 | 11  PYOD LLC ITS SUCCESSORS AND<br>ASSIGNS AS ASSI<br>OF CITIBANK N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008 | 12  WELLS FARGO BANK N.A.<br>C/O CUSTOMER MANAGEMENT<br>P.O. BOX 95225<br>ALBUQUERQUE NM 87199-5225 |
| 13  AFFILIATED CREDIT SERVICES<br>P.O. BOX 1022<br>WIXOM MI 48393-1022 | 14  BARCLAYS<br>CARD SERVICES<br>P.O. BOX 13337<br>PHILADELPHIA PA 19101-3337 | 15  COTTRELL LAW FIRM P.A.<br>2287 WATERS DRIVE<br>SAINT PAUL MN 55120-1363 |
| 16  GATE CITY BANK<br>500 2ND AVENUE NORTH<br>FARGO ND 58102-4870 | 17  GLOBAL CREDIT COLLECTION CORP.<br>P.O. BOX 2127<br>SCHILLER PARK IL 60176-0127 | 18  SANFORD HEALTH<br>P.O. BOX 5074<br>SIOUX FALLS SD 57117-5074 |
| 19  WELLS FARGO BANK N.A.<br>PO BOX 10438<br>DES MOINES IA 50306-0438 | 20  STEPHEN BEHM<br>BEHM LAW GROUP LTD<br>403 S BROAD ST STE 60<br>PO BOX 1056<br>MANKATO MN 56002-1056 | 21  DISCOVER CARD<br>P.O. BOX 30943<br>SALT LAKE CITY UT 84130 |