**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
Division Code 1 DIVISION

In re: GRAMSTAD, DUSTIN RYAN       §   Case No. 16-32798
                                   §
                                   §
                                   §
          Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Jennifer Lurken, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $19,658.41 | Assets Exempt: | $19,658.41 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,469.72 | Claims Discharged Without Payment: | $54,200.51 |
| Total Expenses of Administration: | $589.32 | | |

3) Total gross receipts of $2,250.20 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $191.16 (see **Exhibit 2**), yielded net receipts of $2,059.04 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $589.32 | $589.32 | $589.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $54,432.26 | $38,062.21 | $38,062.21 | $1,469.72 |
| **TOTAL DISBURSEMENTS** | $54,432.26 | $38,651.53 | $38,651.53 | $2,059.04 |

4) This case was originally filed under chapter 7 on 09/04/2016. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/10/2017

By: /s/ Jennifer Lurken
           Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS (2016 State) | 1224-000 | $588.00 |
| Preference paid to father ($1,199) | 1241-000 | $600.00 |
| Wages | 1229-000 | $1,062.20 |
| **TOTAL GROSS RECEIPTS** | | **$2,250.20** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Dustin Gramstad | refund of state refund due to debtor | 8500-002 | $191.16 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$191.16** |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Jennifer Lurken | 2100-000 | NA | $514.76 | $514.76 | $514.76 |
| Trustee, Expenses - Jennifer Lurken | 2200-000 | NA | $34.13 | $34.13 | $34.13 |
| Bond Payments - BOND | 2300-000 | NA | $0.43 | $0.43 | $0.43 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $40.00 | $40.00 | $40.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $589.32 | $589.32 | $589.32 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover BankDiscover Products Inc | 7100-000 | $3,198.11 | $3,198.11 | $3,198.11 | $123.50 |
| 2 | Wells Fargo Bank, N.A. | 7100-000 | $12,864.10 | $14,102.07 | $14,102.07 | $544.53 |
| 3 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7100-000 | $2,157.62 | $2,157.62 | $2,157.62 | $83.31 |
| 4 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7100-000 | $1,291.55 | $1,291.55 | $1,291.55 | $49.87 |
| 5 | Wells Fargo Bank, N.A. Wells Fargo Card Services | 7100-000 | $12,377.97 | $12,377.97 | $12,377.97 | $477.96 |
| 6 | American Express Centurion Bank c/o Becket and Lee LLP | 7100-000 | $4,934.89 | $4,934.89 | $4,934.89 | $190.55 |
| N/F | Barclays | 7100-000 | $6,733.13 | NA | NA | NA |
| N/F | Best Buy Citibank | 7100-000 | $709.65 | NA | NA | NA |
| N/F | Citibank | 7100-000 | $4,142.97 | NA | NA | NA |
| N/F | Gate City Bank | 7100-000 | $5,873.21 | NA | NA | NA |
| N/F | Sanford Health | 7100-000 | $149.06 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$54,432.26** | **$38,062.21** | **$38,062.21** | **$1,469.72** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 16-32798 | Trustee Name: | (430260) Jennifer Lurken |
|---|---|---|---|
| Case Name: | GRAMSTAD, DUSTIN RYAN | Date Filed (f) or Converted (c): | 09/04/2016 (f) |
| | | § 341(a) Meeting Date: | 10/12/2016 |
| For Period Ending: | 10/10/2017 | Claims Bar Date: | 06/23/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2003 Toyota Camry, 250,000 miles, Body damage from hail. Entire property value: $2,550.00 | 2,550.00 | 0.00 | | 0.00 | FA |
| 2 | General furniture and home decor, including luggage ($200.00), books ($1,000.00), movies ($300.00), CD's ($300.00), futon ($10.00), computer chair ($20.00), shelving ($50.00), Nintendo rocker chair ($10.00), bar stools ($60.00) | 1,950.00 | 0.00 | | 0.00 | FA |
| 3 | Computer cases and leather cases ($50.00), surge protectors ($75.00), miscellaneous cords, apple, hdmi and the like ($100.00), rice cooker ($15.00), rubber maid totes ($200.00), fan ($5.00), television ($50.00) | 495.00 | 0.00 | | 0.00 | FA |
| 4 | Masters massage equipment massage table ($100.00), mattress topper Tempur-Pedic ($100.00) and other miscellaneous small items like trash cans and shoe holder ($300.00) | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Apple Mac computer ($1,500.00), 1-phone 6 ($300.00), 1-pod 64 gb ($50.00), old MAC lap top computer ($100.00), super old Dell laptop computer ($10.00), Bluetooth keyboard ($20.00), Bluetooth trackpad ($20.00), Apple router ($100.00), Dell monitor ($50.00) | 2,150.00 | 0.00 | | 0.00 | FA |
| 6 | HP monitor ($50.00), HP printer ($50.00), Casio Privia ($200.00), Casio Privia 2 ($50.00), Bose computer speakers ($100.00), Bose computer speakers - 2 ($50.00), Bose Bluetooth speaker ($50.00), Roland speakers ($20.00) | 570.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 16-32798 | Trustee Name: | (430260) Jennifer Lurken |
|---|---|---|---|
| Case Name: | GRAMSTAD, DUSTIN RYAN | Date Filed (f) or Converted (c): | 09/04/2016 (f) |
| | | § 341(a) Meeting Date: | 10/12/2016 |
| For Period Ending: | 10/10/2017 | Claims Bar Date: | 06/23/2017 |

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 7 | Game Boy advance SP ($30.00), Game Boy DS system ($50.00), Wii ($100.00), PS2 ($50.00), classic control ($30.00), computer chair ($20.00), VHS player ($5.00), DVD player ($20.00), Blu-ray player ($30.00), finale computer software ($100.00) | 435.00 | 0.00 | | 0.00 | FA |
| 8 | Star Wars figurines still in package ($1,500.00), Bitcoin miner ($50.00), Physical litecoin ($1,000.00), silver dogecoin ($140.00), gold plated dogecoins ($10.00), swords - 2 ($40.00), Rosetta Stone - Japanese ($100.00), Rosetta Stone - Spanish ($100.00) | 2,940.00 | 0.00 | | 0.00 | FA |
| 9 | Sports cards ($100.00), collectible NASCAR scaled die-cast metal cars - 2 ($100.00), 2 Casascius physical bitcoins ($1,500.00) | 1,700.00 | 0.00 | | 0.00 | FA |
| 10 | Games for computer and Wii, PS2 ($250.00), Controls ($40.00), Board games ($200.00), Light saber professional ($50.00), Hockey stick ($10.00), Roller blades ($15.00) | 565.00 | 0.00 | | 0.00 | FA |
| 11 | Indiana Mandolin ($100.00), Regal banjo ($50.00), Yamaha bass ($50.00), Bass amp SWR Workingmans ($200.00), Epiphone ukulele ($60.00), Roland acoustic chorus ac-60 speaker ($20.00), Ukulele hilo ($25.00), Trumpet ($100.00), | 605.00 | 0.00 | | 0.00 | FA |
| 12 | Electric guitar and amp ($150.00), music stand ($20.00), slide whistles ($100.00), kazoos ($50.00), miscellaneous instruments ($10.00), Yamaha Clavinova ($250.00) | 580.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 8
Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 16-32798  
**Case Name:** GRAMSTAD, DUSTIN RYAN  
**For Period Ending:** 10/10/2017

**Trustee Name:** (430260) Jennifer Lurken  
**Date Filed (f) or Converted (c):** 09/04/2016 (f)  
**§ 341(a) Meeting Date:** 10/12/2016  
**Claims Bar Date:** 06/23/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 14 | Checking: Gate City Bank 305 8th Street Moorhead, MN 56560 #5942 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Savings: U.S. Bank, N.A. P.O. Box 1800 St. Paul, MN 55101 #0070 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Checking: U.S. Bank, N.A. P.O. Box 1800 St. Paul, MN 55101 #8620 | 1,657.34 | 0.00 | | 0.00 | FA |
| 17 | Checking: First Community Credit Union 4521 19th Avenue South Fargo, ND 58103 #0113 | 89.72 | 0.00 | | 0.00 | FA |
| 18 | Savings: First Community Credit Union 4521 19th Avenue South Fargo, ND 58103 #0112 | 5.00 | 0.00 | | 0.00 | FA |
| 19 | Savings: First Community Credit Union 4521 19th Avenue South Fargo, ND 58103 #0114 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Savings: First Community Credit Union 4521 19th Avenue South Fargo, ND 58103 #0111 | 0.00 | 0.00 | | 0.00 | FA |
| 21 | TD Ameritrade - 1 share of SIRI stock | 4.19 | 0.00 | | 0.00 | FA |
| 22 | Profit-Sharing: Wal-Mart Stores, Inc. Associates Stock Purchase Plan Through Merrill Lynch Debtor owns 5.993000 shares of stock | 443.18 | 0.00 | | 0.00 | FA |

Exhibit 8
Page: 4

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case No.: | 16-32798 | Trustee Name: | (430260) Jennifer Lurken |
|---|---|---|---|
| Case Name: | GRAMSTAD, DUSTIN RYAN | Date Filed (f) or Converted (c): | 09/04/2016 (f) |
| | | § 341(a) Meeting Date: | 10/12/2016 |
| For Period Ending: | 10/10/2017 | Claims Bar Date: | 06/23/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 23 | 401 (k): Wal-Mart Stores, Inc. Associates 401 (k) Plan Through Merrill Lynch | 442.40 | 0.00 | | 0.00 | FA |
| 24 | Pension: Teachers Retirement Association: A Minnesota Defined Benefit Pension Plan 60 Empire Drive, Suite 400 St. Paul, MN 55103-4000 #2210-A | 1,174.13 | 0.00 | | 0.00 | FA |
| 25 | Thrivent Financial 4321 North Ballard Road Appleton, WI 54919 #4654 Cash value life insurance policy: Kenneth and Tammy Gramstad | 243.45 | 0.00 | | 0.00 | FA |
| 26 | Life insurance policy through work -- term policy only and is an employment benefit: Kenneth and Tammy Gramstad | 0.00 | 0.00 | | 0.00 | FA |
| 27 | Wal-Mart HSA Account | 59.00 | 0.00 | | 0.00 | FA |
| 28 | Preference paid to father ($1,199) (u) | 1,199.00 | 1,199.00 | | 600.00 | FA |
| 29 | TAX REFUNDS (2016 State) (u) | 0.00 | 396.84 | | 588.00 | FA |
| 30 | Wages (u) | 0.00 | 1,062.20 | | 1,062.20 | FA |
| 31 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 31 | Assets     Totals     (Excluding unknown values) | **$20,857.41** | **$2,658.04** | | **$2,250.20** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 5

| | |
|---|---|
| **Case No.:** 16-32798 | **Trustee Name:** (430260) Jennifer Lurken |
| **Case Name:** GRAMSTAD, DUSTIN RYAN | **Date Filed (f) or Converted (c):** 09/04/2016 (f) |
| | **§ 341(a) Meeting Date:** 10/12/2016 |
| **For Period Ending:** 10/10/2017 | **Claims Bar Date:** 06/23/2017 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   10/30/2017   **Current Projected Date Of Final Report (TFR):**   08/31/2017 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | Exhibit 9 |
|---|---|---|---|---|
| | | | | Page: 1 |

# Form 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| Case No.: | 16-32798 | Trustee Name: | Jennifer Lurken (430260) | |
| Case Name: | GRAMSTAD, DUSTIN RYAN | Bank Name: | Rabobank, N.A. | |
| Taxpayer ID #: | **-***2123 | Account #: | ******8300 Checking | |
| For Period Ending: | 10/10/2017 | Blanket Bond (per case limit): | $7,684,000.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/02/2017 | | STATE OF MINNESOTA | 2016 tax refund | | 588.00 | | 588.00 |
| | {29} | | State Refund $396.84 | 1224-000 | | | 588.00 |
| | {29} | | Debtor's portion of refunds $191.16 | 1280-000 | | | 588.00 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 578.00 |
| 04/05/2017 | 101 | Dustin Gramstad | refund of state refund due to debtor | 8500-002 | | 191.16 | 386.84 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 376.84 |
| 05/10/2017 | | Dustin Gramstad | settlement payment for non-exempt assets | | 1,662.20 | | 2,039.04 |
| | {28} | | Preference $600.00 | 1241-000 | | | 2,039.04 |
| | {30} | | Wages $1,062.20 | 1229-000 | | | 2,039.04 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

Page: 2

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-32798 | Trustee Name: | Jennifer Lurken (430260) |
|---|---|---|---|
| Case Name: | GRAMSTAD, DUSTIN RYAN | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2123 | Account #: | ******8300 Checking |
| For Period Ending: | 10/10/2017 | Blanket Bond (per case limit): | $7,684,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,029.04 |
| 06/01/2017 | 102 | International Sureties | Bond Payment #016018055 | 2300-000 | | 0.43 | 2,028.61 |
| 06/30/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,018.61 |
| 09/05/2017 | 103 | Jennifer Lurken | Combined trustee compensation & expense dividend payments. | | | 548.89 | 1,469.72 |
| | | | Claims Distribution - Thu, 08-31-2017        $514.76 | 2100-000 | | | 1,469.72 |
| | | | Claims Distribution - Thu, 08-31-2017         $34.13 | 2200-000 | | | 1,469.72 |
| 09/05/2017 | 104 | Discover BankDiscover Products Inc | 16-32798DUSTIN RYAN GRAMSTAD3.86%Distribution payment - Dividend paid at 3.86% of $3,198.11; Claim # 1; Filed: $3,198.11 | 7100-000 | | 123.50 | 1,346.22 |
| 09/05/2017 | 105 | Wells Fargo Bank, N.A. | 16-32798DUSTIN RYAN GRAMSTAD3.86%Distribution payment - Dividend paid at 3.86% of $14,102.07; Claim # 2; Filed: $14,102.07 | 7100-000 | | 544.53 | 801.69 |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                                                                                    ! - transaction has not been cleared

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-32798 | Trustee Name: | Jennifer Lurken (430260) |
|---|---|---|---|
| Case Name: | GRAMSTAD, DUSTIN RYAN | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2123 | Account #: | ******8300 Checking |
| For Period Ending: | 10/10/2017 | Blanket Bond (per case limit): | $7,684,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/05/2017 | 106 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 16-32798DUSTIN RYAN GRAMSTAD3.86%Distribution payment - Dividend paid at 3.86% of $2,157.62; Claim # 3; Filed: $2,157.62 | 7100-000 | | 83.31 | 718.38 |
| 09/05/2017 | 107 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 16-32798DUSTIN RYAN GRAMSTAD3.86%Distribution payment - Dividend paid at 3.86% of $1,291.55; Claim # 4; Filed: $1,291.55 | 7100-000 | | 49.87 | 668.51 |
| 09/05/2017 | 108 | Wells Fargo Bank, N.A. Wells Fargo Card Services | 16-32798DUSTIN RYAN GRAMSTAD3.86%Distribution payment - Dividend paid at 3.86% of $12,377.97; Claim # 5; Filed: $12,377.97 | 7100-000 | | 477.96 | 190.55 |
| 09/05/2017 | 109 | American Express Centurion Bank c/o Becket and Lee LLP | 16-32798DUSTIN RYAN GRAMSTAD3.86%Distribution payment - Dividend paid at 3.86% of $4,934.89; Claim # 6; Filed: $4,934.89 | 7100-000 | | 190.55 | 0.00 |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

## Form 2

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 16-32798 | Trustee Name: | Jennifer Lurken (430260) |
| --- | --- | --- | --- |
| Case Name: | GRAMSTAD, DUSTIN RYAN | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2123 | Account #: | ******8300 Checking |
| For Period Ending: | 10/10/2017 | Blanket Bond (per case limit): | $7,684,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | COLUMN TOTALS | | 2,250.20 | 2,250.20 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 2,250.20 | 2,250.20 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2,250.20 | $2,250.20 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 5

## Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-32798 | **Trustee Name:** | Jennifer Lurken (430260) |
| **Case Name:** | GRAMSTAD, DUSTIN RYAN | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***2123 | **Account #:** | ******8300 Checking |
| **For Period Ending:** | 10/10/2017 | **Blanket Bond (per case limit):** | $7,684,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $2,250.20 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $191.16 |
| Net Estate: | $2,059.04 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8300 Checking | $2,250.20 | $2,250.20 | $0.00 |
| | **$2,250.20** | **$2,250.20** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**